United States District Court
Southern District of Texas

**ENTERED**

July 21, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4:24-cr-302** |
| v. | § | |
| | § | |
| **(1) SHAWN NICHOLAS YOUNG,** | § | |
| | § | |
| **Defendant.** | § | |

**PRELIMINARY ORDER OF FORFEITURE**

On July 21, 2025, Defendant Shawn Nicholas Young pleaded guilty to Count One of the Indictment, which charged him with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349. The United States provided notice to Defendant in the Indictment, that in the event of conviction, the United States would seek to forfeit all property which constitutes or is derived from the offense.

The Defendant stipulated and agreed in his Plea Agreement that the factual basis of the guilty plea supports the forfeiture of property, including the property listed in this Preliminary Order of Forfeiture and agreed to the forfeiture of said property. The Defendant admitted that one or more of the conditions set forth in Title 21, United States Code, Section 853(p) exists, and he consented pursuant to Federal Rules of Criminal Procedure 32.2(b)(4)(A) to the forfeiture order becoming final as to him immediately following his guilty plea.

In considering the forfeiture, the Court's determination "may be based on evidence already in the record, including any written plea agreement." Fed. R. Crim. P. 32.2(b)(1)(B). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(1), the Court finds that based on the record and the evidence in this case, the requisite nexus has been established between Defendant's violation charged in Count One of the Indictment and the property listed in this Order. In the factual basis

1

for the guilty plea, Defendant stipulated that he personally received at least $1,650,000 from the criminal offense and agreed to the imposition of a personal money judgment in that amount. Defendant also acknowledged that he used proceeds of fraudulent PPP and EIDL loan applications to make more than $615,000 in mortgage payments on his residence located at 26 Serra Path, Missouri City, Texas; to make more than $96,000 in home improvements to his residence; and to purchase a 2019 Honda Accord.

Having considered the record and the applicable law, the Court ORDERS as follows:

1.    Shawn Nicholas Young shall forfeit $1,650,000 to the United States, and a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

2.    The following property is forfeited to the United States:

a)    Real property located at 26 La Serra Path, Missouri City, Texas 77459, and legally described as:

Lot 19, Block 1, of Sienna Village of Bees Creek, Section Twenty-Seven (27), according to the map or plat thereof, recorded in plat number 20130195, plat records, Fort Bend County, Texas.

b)    2019 Honda Accord, VIN # 1HGCV2F39KA034125.

3.    The Defendant shall receive a credit against the money judgment amount upon final forfeiture of the property.

4.    The United States shall publish notice of this Order of Forfeiture, and to the extent practicable, shall provide written notice to any person who reasonably appears to be a potential claimant with standing to claim an interest in the forfeited assets.  Any person, other than a defendant, asserting a legal interest in the property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to

adjudicate the validity of his/her alleged interest in the property, within such time and in the manner provided by Title 21, United States Code, Section 853(n).

5.      Pursuant to Fed. R. Crim. P. 32.2(e), the United States may move to amend this Order at any time to forfeit any of Defendant's property in substitution up to a total forfeiture of $1,650,000, in accordance with Title 21, United States Code, Section 853(p).

6.      This Preliminary Order of Forfeiture will be made part of the sentence of Defendant and will be included in the judgment against him.

Signed in Houston, Texas, on the 21st day of _____ July _____ 2025.

Kenneth M. Hoyt
United States District Judge